IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GEORGE MENDOZA and
RON ROWLETT,

        Plaintiffs,

v.                                                          No. 2:21-cv-01156-KG-GJF

FERNANDO MACIAS et al.,

        Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiffs' federal-law claims and declining to exercise jurisdiction over Plaintiffs' state-law claims,

IT IS ORDERED that this case is DISMISSED without prejudice.

                                                                 UNITED STATES DISTRICT JUDGE